# United States District Court

**Violation Notice** (Rev. 1/2020)

25036784D

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR45 | E1768030 | M GARANZA | 1450 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 09/30/2025 1904 | 41 CFR 102-74.45(b) |

Place of Offense:

4310 S MACADAM AVE PORTLAND OR 97239

Offense Description: Factual Basis for Charge    HAZMAT ☐

DISPLAYING A PLACARD OR POSTING MATERIAL ON A BULLETIN BOARD OR ELSEWHERE EXCEPT AS AUTHORIZED IN SEC. 102-74

## DEFENDANT INFORMATION

Last Name: ESSIC    JARED    M

Street Address: ▮▮▮▮▮▮▮▮▮▮

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

+ $30 Processing Fee

$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1000 SW THIRD AVE. PORTLAND OR 97205

Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1768030*

---

CVB SCAN 10/15/2025 11:51

(For issuance of an arrest warrant or summons)

I state that on 09/30, 2025 while exercising my duties as a law enforcement officer in the FEDERAL District of OREGON,

SEE PROBABLE STATEMENT

See attachment Plc Statement

The foregoing statement is based upon:

☐ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/30/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident