Justine Bonner, OSB #183111
Assistant Federal Public Defender
Email: Justine_Bonner@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-po-00769-SB-1 |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF COUNSEL |
| JARED M. ESSIG, | |
| Defendant. | |

Please be advised that Assistant Federal Public Defender Justine Bonner is no longer an attorney of record in the above-captioned case. Mr. Essig has requested to proceed pro se in this matter. Please withdraw Ms. Bonner from further service and electronic notices in this case.

Dated: April 1, 2026.

*s/ Justine Bonner*
Justine Bonner, OSB #183111