SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ARIN C. HEINZ, MISB #P80252**
Assistant United States Attorney
Arin.Heinz@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-po-00769 |
| **v.** | **Citation No. E1768030 – OR 45**<br>**Citation No. E1768031 – OR 45** |
| **JARED M. ESSIG** | |
| **Defendant.** | **NOTICE OF REASSIGNMENT OF ASSISTANT UNITED STATES ATTORNEY** |

Please be advised that the above-captioned case has been reassigned from Assistant United States Attorney Leah Bolstad to Assistant United States Attorney Arin C. Heinz, who can be contacted at Arin.Heinz@usdoj.gov  Please remove AUSA Bolstad from further service and electronic notices in this case.

Dated: May 14, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Arin C. Heinz*
ARIN C. HEINZ
Assistant United States Attorney

**Notice of Reassignment**                                    **Page 1**